IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00036-CR

 

Christopher Michael Parker,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 249th District Court

Johnson County, Texas

Trial Court No. F35431

 



MEMORANDUM  Opinion



 








      On ten years’ community supervision for
felony possession of a firearm, Appellant Christopher Michael Parker pled
“true” to six allegations in the State’s Motion to Revoke Community
Supervision.  Parker admitted that he tested positive for cocaine on May 5,
2004 and tested positive for marihuana on multiple occasions in May and June
2004 in violation of the conditions of his community supervision.  The trial
court revoked Parker’s community supervision and sentenced him to ten years in
prison.  Parker appeals, asserting that the evidence was insufficient to revoke
his probation.

      To overturn a revocation order, a defendant
must successfully challenge each finding on which the revocation is based.  Harris
v. State, 160 S.W.3d 621, 626 (Tex. App.—Waco 2005, pet. dism’d).  However,
a defendant cannot challenge a revocation finding on an allegation to which he
pled “true.”  Id. (citing Cole v. State, 578 S.W.2d 127,
128 (Tex. Crim. App. [Panel Op.] 1979)).  Once a plea of true is entered, the
sufficiency of the evidence may not be challenged.  Rincon v. State, 615
S.W.2d 746, 747 (Tex. Crim. App. 1981).

      Parker’s plea of “true” is sufficient to
support the revocation of his community supervision.  Cole, 578 S.W.2d
at 128.  Accordingly, we overrule his sole issue and affirm the judgment of the
trial court.

 

BILL VANCE

Justice

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Affirmed

Opinion
delivered and filed November 15, 2006

Do
not publish 

[CR25]